JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEDONA FARMS, INC. and SIMON BARZI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SENECA INSURANCE COMPANY, INC., and DOES 1 to 100,<br><br>Defendants. | CASE NO. 2:19-cv-06367-FMO-AFM<br><br>[Assigned to Hon. Fernando M. Olguin Courtroom 6D]<br><br>**ORDER ON STIPULATION [29] RE: DISMISSAL OF ENTIRE ACTION <u>WITH PREJUDICE</u> AND WITHOUT COSTS**<br><br>**[F.R.C.P. 41(A)(1)(A)]**<br><br>*[Stipulation Re: Dismissal Filed Concurrently Herewith]* |

WHEREAS Plaintiff SEDONA FARMS, INC.("Sedona") and Defendant SENECA INSURANCE COMPANY, INC. ("Seneca"), have stipulated that this entire action should be dismissed with prejudice, and finding good cause therefor,

/ / /

/ / /

-1-

## ORDER

**IT IS HEREBY ORDERED** that:

1. This entire action is dismissed with prejudice; and
2. Sedona and Seneca each shall bear their own attorneys' fees and costs with respect to this action.

DATED: March 17, 2020

                                                  /s/
                                        Honorable Fernando M. Olguin
                                        United States District Judge